IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | |
|---|---|
| **CORNELIO GARCIA AND** § | |
| **GRISELDA GARCIA,** § | |
| **Plaintiffs,** § | |
| § | |
| v. § | **CIVIL ACTION NO. 5:16-cv-1311** |
| § | **JURY DEMANDED** |
| **STARSTONE NATIONAL** § | |
| **INSURANCE COMPANY AND** § | |
| **MILES RYAN MCCREADY,** § | |
| **Defendants.** § | |

## AGREED STIPULATION OF DISMISSAL FOR PLAINTIFFS

Plaintiffs Cornelio Garcia, Griselda Garcia, Defendants Starstone National Insurance Company and Miles Ryan McCready file this stipulation of dismissal under Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

1. Plaintiffs are Cornelio Garcia and Griselda Garcia, Defendants are Starstone National Insurance Company and Miles Ryan McCready.

2. On November 11, 2016, Plaintiffs sued Defendants in the 438th Judicial District, Bexar County, Texas, Cause No. 2016CI19682. On December 22, 2016, Starstone National Insurance Company filed its Original Answer. On December 28, 2016 Miles Ryan McCready filed his Original Answer. On December 29, 2016, Starstone National Insurance Company filed its Notice of Removal.

3. On or about January 19, 2017, the parties settled this case. As a result of this settlement, all issues in the above-styled and numbered litigation have been fully and finally settled. Plaintiffs now move to dismiss the suit against Defendants.

4. Defendants agree to the dismissal.

5. This case is not a class action under Federal Rule of Civil Procedure 23, a derivative action under Rule 23.1, or an action related to an unincorporated association under Rule 23.2.

6. A receiver has not been appointed in this case.

7. This case is not governed by any federal statute that requires a court order for dismissal of the case.

8. Plaintiffs have not previously dismissed any federal- or state-court suit based on or including the same claims as those presented in this case.

9. This dismissal is with prejudice.

Respectfully submitted

By:    /s/Mikell A. West
Mikell A. West
State Bar No. 24070832
Attorney-in-charge
mwest@gnqlawyers.com
P.O. Box 6666
Corpus Christi, Texas 78466
Telephone: (361) 654-7008
Fax: (361) 654-7001

**ATTORNEYS FOR DEFENDANTS, STARSTONE NATIONAL INSURANCE COMPANY AND MILES RYAN MCCREADY**

*Of counsel:*

GAULT, NYE & QUINTANA, L.L.P.
P.O. Box 6666
Corpus Christi, Texas 78466
Telephone (361) 654-7008
Fax: (361) 654-7001
Portia Bott
State Bar No. 02687965
pbott@gnqlawyers.com

By:    */s/Cristobal M. Galindo\**
Cristobal M. Galindo
State Bar No. 24026128
4151 Southwest Freeway, Suite 602
Houston, Texas 77027
Telephone:  (713) 228-3030
Telecopier:  (713) 228-3003
Email: StormCase@galindolaw.com

**COUNSEL FOR PLAINTIFFS, CORNELIO GARCIA AND GRISELDA GARCIA**
*\*Signed with permission*

## **CERTIFICATE OF SERVICE**

      I certify that on May 4, 2017, a copy of the parties' Agreed Stipulation of Dismissal was *electronically filed* on the CM/ECF system, and will be served on the following attorney in charge for Plaintiffs, Cornelio Garcia and Griselda Garcia, via electronic filing or regular mail:

Cristobal M. Galindo
Cristobal M. Galindo P.C.
Email: StormCase@galindolaw.com

**VIA E-FILING**

                                          /s/Mikell A. West
                                          Mikell A. West