IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| CORNELIO GARCIA<br>AND GRISELDA GARCIA,<br>Plaintiffs,<br><br>v.<br><br>STARSTONE NATIONAL<br>INSURANCE COMPANY AND<br>MILES RYAN MCCREADY,<br>Defendants. | §§§§§§§§§§ | CIVIL ACTION NO. 5:16-cv-1311<br>JURY DEMANDED |

### ORDER ON AGREED STIPULATION OF DISMISSAL

After considering the parties' stipulation of dismissal for Plaintiffs Cornelio Garcia and Griselda Garcia, the Court

**GRANTS** the stipulation and **DISMISSES** the case with prejudice as to All Defendants.

SO ORDERED this 6th day of May, 2017, at San Antonio, Texas.

_____
United States District Judge